**Order entered November 23, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00332-CR

### RONALD WAYNE MILLER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F20-00318-H**

### ORDER

We **REINSTATE** this appeal.

We abated the appeal because appellant's brief had not been filed and we had no communication from appellant regarding this appeal.

On November 11, 2022, the trial court held a hearing, and counsel for appellant stated appellant desired to appeal. Counsel represented to the trial court that he would need sixty days to file appellant's brief, and the trial court made an

oral recommendation on the record that appellant receive an additional sixty days to finish the brief.

We **ADOPT** the trial court's oral recommendation that appellant receive an additional sixty days to file appellant's brief.

We **ORDER** appellant's brief filed by **January 11, 2023**. We caution counsel that the failure to file a brief or communicate with the Court by that date will result in the Court taking whatever actions it deems appropriate to ensure this appeal proceeds in a timely fashion, which may include removing counsel and abating for the appointment of new counsel.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tina Clinton, Presiding Judge, Criminal District Court No. 1; and to counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE